UNTED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEXTER SAFFOLD

Plaintiff

21-cv02223
case 131-cv02223
Honorable Thomas M. Dukin

VS

DELIVERANCE MANOR

Deliverance

**FILED**

JUL 08 2021 MO

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Now come second Amended Complaint

I Dexter saffold will ask the court tow used rule 59 so I can file my case over. 031-cv02223.

Now come Background, on March 2nd Sonia Daniel call and say I was approved too moved into apartments 111. Ms.Daniel say she need too come out an inspection my apartment at 737 e 69th st before I can move in at 4201 south Wabash av. Do covid-19 I can not any visitors.Ms.Daniel ask me my age I say 59 I will be 60 0n March 26. The reason Ms.Daniel at I was not 62yr some can not move in 4201 S.Wabash av. I told her at I have a disability so I can mover in. You can not live here so was denied right to mover into this apartment.

Dexter Saffold
737 E 69th St Apt 304
Chicago, IL 60637
Email Bgsbaddas@icloud.com